## Dalsimer's Estate.

*Wolf, Block, Schorr & Solis-Cohen,* for exceptant.
*Lester B. Johnson,* contra. ·

HENDERSON, J., April 24, 1931.—A careful examination of the adjudication and of the briefs of argument convinces us that the Auditing Judge was correct and for the reasons given by him.

The exceptions are dismissed and the adjudication is confirmed absolutely.